FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-2059

_____

JERRY F. SOWELL, as Personal
Representative of The Estate of
Gregory Grantham, D.M.D., and
Gregory Grantham, D.M.D.,
P.A.,

    Petitioner,

    v.

JESSICA SIMMONS,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 22, 2021

PER CURIAM.

Petitioner Jerry Sowell seeks review of a non-final trial court order through a petition for writ of certiorari. Since filing his petition, he has also filed a direct appeal of the same order. Because we have decided that direct appeal under Florida Rule of Appellate Procedure 9.130(b)(5) is the appropriate vehicle for review, we dismiss this petition and Petitioner will be afforded review through his direct appeal.

DISMISSED.

ROBERTS, KELSEY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael J. Thomas, William D. Horgan, Chase E. Boswell and Cody W. Short of Pennington, P.A., Tallahassee, for Petitioner.

Terrie L. Didier of Beggs & Lane, RLLP, Pensacola, and Robert G. Kerrigan of Kerrigan, Estess, Rankin, McLeod & Thompson, LLP, Pensacola, for Respondent.